IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DOUGLASS PATTERSON,

    Plaintiff,

v.                                            Civil Action No. 5:07CV114
                                                         (STAMP)

J. FRANCIS,
UNITED STATES OF AMERICA,
K. WHITE, H. LAPPIN,
P. LAIRD, A. GONZALEZ, E. MACE,
M. PLASAY, E. BORAM, M. DIB,
J. NOLTE, T. CONRAD,
C. CUTTWRIGHT, M. VELTRI,
and D. RICH,

    Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE OBJECTIONS
TO MAGISTRATE JUDGE'S RECOMMENDATIONS**

On November 26, 2007, plaintiff, Douglass Patterson, filed a motion for a thirty-day extension of time to file his objections to Magistrate Judge John S. Kaull's report and recommendation regarding plaintiff's civil rights complaint.

For good cause shown, the plaintiff's motion for a thirty-day extension is hereby GRANTED. Plaintiff may file timely objections to the magistrate judge's report and recommendation on or before **December 28, 2007**.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to the plaintiff and counsel of record herein.

DATED:     November 30, 2007

                                            /s/ Frederick P. Stamp, Jr.
                                            FREDERICK P. STAMP, JR.
                                            UNITED STATES DISTRICT JUDGE