IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DOUGLASS PATTERSON,

    Plaintiff,

v.                                      Civil Action No. 5:07CV114
                                                  (STAMP)

J. FRANCIS,
UNITED STATES OF AMERICA,
K. WHITE, H. LAPPIN,
P. LAIRD, A. GONZALEZ, E. MACE,
M. PLASAY, E. BORAM, M. DIB,
J. NOLTE, T. CONRAD,
C. CUTTWRIGHT, M. VELTRI,
and D. RICH,

    Defendants.

**ORDER GRANTING PLAINTIFF'S LETTER MOTION
FOR EXTENSION OF TIME TO FILE OBJECTIONS
TO MAGISTRATE JUDGE'S RECOMMENDATIONS**

    On November 30, 2007, this Court granted plaintiff, Douglass Patterson's, motion for a thirty-day extension of time to file objections to Magistrate Judge John S. Kaull's report and recommendation regarding plaintiff's civil rights complaint. In a letter dated December 21, 2007, and received by this Court on January 2, 2007, which is attached to and made a part of this order, the plaintiff requested a second extension of time to file his objections to the report and recommendation. The plaintiff requests an extension of sixty days. For good cause shown, the plaintiff's motion for a sixty-day extension of time to file objections is hereby GRANTED. Accordingly, the plaintiff may file timely objections to the magistrate judge's report and recommendation on or before **March 2, 2008**.

    IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to the plaintiff and counsel of record herein.

DATED:    January 2, 2008

                                        /s/ Frederick P. Stamp, Jr.
                                        FREDERICK P. STAMP, JR.
                                        UNITED STATES DISTRICT JUDGE

December 21, 2007

Douglass Patterson
17175 Sioux
Detroit, MI 48224

TO: Hon: Freedrick P. Stamp, Jr.

RE: Civil # 5:07cv114

Subj: Additional Extension:

Dear Judge Stamp:

A Letter dated August 31, 2007 and addressed to your attention. Whereas, I Request that the court grant me a Thirty-day (30) extension of time to file my objections to Magistrate Judge, John S. Kaull's Report and Recommendation Regarding my civil Rights Complaint.

I Recieved an order for that Request granting Such until December 28, 2007 to make my Response.

However, after leaving the Federal Correction Institution F.C.I-Gilmer, Glenville, WV. on December 06, 2007 I find myself without enough time or support to meet that deadline.

I have it very difficult to find Housing and Medical & psychological Services without Insurance. This issue is of grave concern to me. and all my time and attention has been immediately focused on these issues alone.

Therefore, I Respectfully Request of the Court to extend My Response Date approximately Sixty-Days (60) from Reciept of this Letter/Motion Request.

③

The Sixty Day Extension will I believe be adequate in lite of this holiday season. And, it will also allow me to secure much needed medical & psychological care that I need.

Finally, I like to take this time to wish you and yours the Best of the Holiday Season and a prosperous New Year.

Respectfully Submitted,
Mr. Douglas Patterson